United States District Court
Southern District of Texas

**ENTERED**
July 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　　　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 4:23-cv-02517 |
|---|---|---|---|

Alberto Ramos

*versus*

Scott Erwin, et al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Kiah Duggins<br>Civil Rights Corps<br>1601 Connecticut Ave. NW #800<br>Washington, D.C. 20009<br>202-844-4975<br>Licensed: District of Columbia #1779266 |
|---|---|

| Name of party applicant seeks to appear for: | Alberto Ramos (Plaintiff) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7/10/2023　　　Signed:　　　/s/ Kiah Duggins

The state bar reports that the applicant's status is: Active

Dated: 7/19/2023　　　Clerk's signature _____

### Order

This lawyer is admitted *pro hac vice*.

Dated: 7/19/2023

_____
United States District Judge