United States Courts
Southern District of Texas
FILED

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
# 𝔣𝔬𝔯 𝔱𝔥𝔢 𝔉𝔦𝔣𝔱𝔥 ℭ𝔦𝔯𝔠𝔲𝔦𝔱

*December 31, 2024*

Nathan Ochsner, Clerk of Court

No. 24-20164

United States Court of Appeals
Fifth Circuit
**FILED**
December 9, 2024

Lyle W. Cayce
Clerk

ALBERTO RAMOS,

*Plaintiff—Appellee,*

*versus*

SCOTT ERWIN; JENNIFER GILBREATH; HALLIE SMITH;
FREDERICK MORRISON; GINO DAGO,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-2517

Before SMITH, STEWART, and DUNCAN, *Circuit Judges.*

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

No. 24-20164

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on Dec 31, 2024

Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit

2

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 31, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

          No. 24-20164    Ramos v. Erwin
                          USDC No. 4:23-CV-2517

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Angelique B. Tardie, Deputy Clerk
                    504-310-7715

cc:
        Ms. Kiah Duggins
        Ms. Brittany Nicole Francis
        Ms. Caitlin A. Halpern
        Mr. Robert William Higgason
        Ms. Christy Lynn Martin