United States District Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALBERTO RAMOS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SCOTT ERWIN, ET AL.<br><br>　　　　　　　Defendants. | Case No. 4:23-cv-2517 |

### ORDER GRANTING MOTION TO WITHDRAW DEPARTED COLLEAGUE AS COUNSEL

Plaintiff's Motion to Withdraw Departed Colleague as Counsel is hereby **GRANTED**. ECF No. 45.

Kiah Duggins is withdrawn as counsel of record for Alberto Ramos in this matter.

SO ORDERED.

SIGNED on this the 25th day of February, 2025.

　　　　　　　　　　　　　　　　　　　　　　　HON. KEITH P. ELLISON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE