UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-CV-2517 |
|---|---|---|---|

| Alberto Ramos |
|---|
| *versus* |
| Scott Irwin, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Destiny Planter<br>Civil Rights Corps<br>1601 Connecticut Ave N.W., Ste 800<br>Washington, D.C. 20009<br>(202) 844-4975<br>destiny@civilrightscorps.org<br>District of Columbia, 1780910 |
|---|---|

| Name of party applicant seeks to appear for: | Alberto Ramos (Plaintiff) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ___    No ✔___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/20/2025 | Signed: *Destiny Planter* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:     Clerk's signature |

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
                                    United States District Judge