United States District Court
Southern District of Texas

**ENTERED**
March 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-CV-2517 |
|---|---|---|---|
| | Alberto Ramos | | |
| | *versus* | | |
| | Scott Irwin, et al. | | |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Destiny Planter<br>Civil Rights Corps<br>1601 Connecticut Ave N.W., Ste 800<br>Washington, D.C. 20009<br>(202) 844-4975<br>destiny@civilrightscorps.org<br>District of Columbia, 1780910 |
|---|---|

| Name of party applicant seeks to appear for: | Alberto Ramos (Plaintiff) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    No __✔__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/20/2025 | Signed: *Destiny Planter* |
|---|---|

The state bar reports that the applicant's status is:   Active

| Dated: 3/21/25 | Clerk's signature |
|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: 3/21/25

United States District Judge