| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Alberto Ramos
   *Plaintiff(s),*

v.                                                Case No. 4:23−cv−02517

Scott Erwin, et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING: **Scheduling Conference**

DATE: **5/21/2025**

TIME: **03:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                            Date: May 4, 2025

By Deputy Clerk, A. Rivera