UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO RAMOS,<br><br>     Plaintiff<br><br>v.<br><br>SCOTT ERWIN, JENNIFER GILBREATH, HALLIE SMITH, FREDRICK MORRISON, GINO DAGO,<br><br>     Defendants. | Case No. 4:23-cv-2517<br><br>**JURY DEMAND** |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR CONFIDENTIALITY AND PROTECTIVE ORDER AND DEFENDANTS' REPLY THERETO**

Mr. Alberto Ramos brings this 42 U.S.C. § 1983 case against Houston Police Department ("HPD") Officers Scott Irwin, Gino Dago, Frederick Morrison, Hallie Smith, and Jennifer Gilbreath (collectively, "Defendants") under 42 U.S.C. § 1983 for violating his Fourth Amendment Rights to be free from unlawful arrest and excessive force. *See* Doc. 1 ("Complaint"). Plaintiff requests a one-day extension of time to file his response in opposition to Defendants' Motion for Confidentiality and Protective Order, which was filed on May 20, 2025 (Doc. 52), pursuant to Fed. R. Civ. P. 6(a)(1)(C). Defendants also request an extension to file their Reply thereto on June 6, 2025.

## STATEMENT OF FACTS AND REQUEST

On Wednesday, May 21, 2025, the parties appeared before the Court for a Scheduling Conference. During the Scheduling Conference, the Honorable Keith Ellison advised Plaintiff to file an Opposition to Defendants' Motion for Protective Order in 10 days, which would be Saturday, May 31, 2025. Pursuant to Fed. R. Civ. P. 6(a)(1)(C), which instructs parties that

deadline periods run until the end of the next day that is not a weekend or holiday when a deadline falls on a weekend or holiday, Plaintiff understood the deadline to be Monday, June 2, 2025.

On Wednesday, May 28, 2025, the Parties received a Minute Entry for Proceedings in the case, which notes that Plaintiff's Opposition is due on Friday, May 30, 2025 and Defendants' Reply thereto is due on Tuesday, June 3, 2025. Plaintiff promptly contacted the Court, with Defendants' counsel copied, to inquire about filing said Opposition on June 2, 2025 pursuant to Fed. R. Civ. P. 6(a)(1)(C). On Thursday, May 29, 2025, the Court advised Plaintiff to file a Motion for Extension of Time. Defendants indicated their consent to Plaintiff filing the Motion and also requested an extension to June 6, 2025.

## **CONCLUSION**

The parties respectfully request an extension to file their Opposition and Reply. Plaintiff requests an extension of (1) one day to file a response in opposition to Defendants' Motion for Confidentiality and Protective Order, making the new deadline Monday, June 2, 2025. Defendants request an extension to file their Reply on June 6, 2025.

Respectfully submitted this 30th day of May, 2025.

/s/ Destiny Planter
Caitlin Halpern (Texas Bar No. 24116474; S.D. Tex. Bar No. 3454643)*
caitlin.halpern@gmail.com
4416 Bell Street
Houston, TX 77023
Telephone: (571) 215-2002

Destiny Planter (pro hac vice)
Washington, D.C. Bar No. 1780910
destiny@civilrightscorps.org
Brittany Francis (pro hac vice)
brittany@civilrightscorps.org

1601 Connecticut Ave. NW, Suite 800
Washington, DC 20009
Telephone: (202) 844-4975
*Attorney-in-Charge

*Counsel for Plaintiff*

## CERTIFICATE OF LCvR 7(m) COMPLIANCE

On May 30, 2025, I communicated with Counsel for the Defendants regarding this Motion.

Counsel consents to the relief sought herein.


/s/ Destiny Planter
Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO RAMOS,<br><br>      Plaintiff<br><br>v.<br><br>SCOTT ERWIN, JENNIFER GILBREATH, HALLIE SMITH, FREDRICK MORRISON, GINO DAGO,<br><br>      Defendants. | Case No. 4:23-cv-2517<br><br>**JURY DEMAND** |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Consent Motion for Extension of Time to File Plaintiff's Response in Opposition to Defendants' Motion for Confidentiality and Protective Order and Defendants' Reply Thereto, the Court finds good cause for granting the parties' Motion.

It is **ORDERED** that the parties' Motion is **GRANTED**; it is further

**ORDERED** that Plaintiff shall have until June 2, 2025, to file his response in opposition to Defendants' Motion for Confidentiality and Protective Order; it is further

**ORDERED** that Defendants shall have until June 6, 2025 to file their Reply thereto.

**SO ORDERED**.

Dated: _____          _____

                                                                                 THE HONORABLE KEITH ELLISON
                                                                                 United States District Judge