IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO RAMOS,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No.: 4:23-cv-02517 |
| SCOTT ERWIN; JENNIFER GILBREATH;<br>HALLIE SMITH; FREDERICK<br>MORRISON; and GINO DAGO,<br>*Defendants*. | §<br>§<br>§<br>§<br>§ | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER REGARDING THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Scott Erwin, Jennifer Gilbreath, Hallie Smith, Fredrick Morrison, and Gino Dago (collectively, "Defendants") respectfully oppose Plaintiff Alberto Ramos' Motion for Entry of an Order Regarding the Production of Electronically Stored Information (the "Motion"). In support of said motion, Defendants would respectfully show the Court as follows:

## **INTRODUCTION**

This is an individual capacity §1983 claim against five police officers for a single incident of alleged excessive force and false arrest. The case does not involve complex litigation, voluminous electronic records, or any identified issues with prior productions. Plaintiff has no actual dispute about previously produced documents, does not question their reliability or alteration, and identifies no specific unreliable document. Plaintiff's proposed ESI order is unnecessary, irrelevant to qualified immunity, and would impose undue burdens without justification. Defendants request that the Court deny the Motion in its entirety. In the alternative, if the Court deems an ESI order appropriate, it should adopt the standard model from the Southern District of Texas as a starting point, rather than Plaintiff's custom proposal. *See* https://www.txs.uscourts.gov/sites/txs/files/Form%2010_E-Discovery%20Order.pdf

### **THE PROPOSED ESI ORDER IS UNNECESSARY ABSENT ANY ACTUAL DISPUTE OR IDENTIFIED DEFICIENCY.**

Plaintiff filed the Motion on December 18, 2025, seeking entry of a proposed order governing future ESI productions (Doc. 68). The Motion does not identify any deficiency in Defendants' prior productions or any ongoing dispute. Instead, it generally asserts the order would promote efficiency. Defendants have produced all documents in usable formats without any issue; additional protocols for future production add nothing and are irrelevant while qualified immunity remains pending. *Asante-Chioke v. Dowdle*, 103 F.4th 1126, 1131 (5th Cir. 2024) (failure to tailor discovery to QI is reversible error).

It is well-settled that parties cannot use discovery, especially ESI discovery, to embark on *improper* fishing expeditions. *Reyna v Lloyds*, No. 7:14-cv-420, 2015 WL 12940021 at *1-2 and *5-6 (S.D. Tex. Jan. 8, 2015) (citing *Mauldin v. Fiesta Mart*, No. 96-11333, 1997 WL 255640 at *2 (5th Cir. May 7, 1997)). This individual capacity case involves limited incident-specific

records, not complex electronic data warranting such protocols. The burden outweighs any benefit, especially absent any identified issue. Additionally, Plaintiff has failed to show any good cause for entering his proposed ESI order. Consequently, this Court should deny Plaintiff's motion.

If this Court believes an ESI order is warranted, Defendants request the Court to start with the neutral Southern District of Texas E-Discovery order, which promotes efficiency without imposing unnecessary requirements.

## CONCLUSION

For the reasons stated above, Defendants respectfully request that the Court deny Plaintiff's Motion.

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**

CHRISTY L. MARTIN
Chief, Torts/Civil Rights

By:   */s/ Alexander Garcia*
Alexander Garcia
Assistant City Attorney
SBN: 24104429
FBN: 3852904
832.393.6293
Alexander.garcia@houstontx.gov
CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002
832.393.6259 Facsimile

***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

    I hereby certify that pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing was filed via CM/ECF and served via electronic filing manager to all counsel of record.

                                            */s/ Alexander Garcia*
                                            Alexander Garcia