# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ALBERTO RAMOS,<br><br>          Plaintiff<br><br>v.<br><br>SCOTT ERWIN, JENNIFER GILBREATH, HALLIE SMITH, FREDRICK MORRISON, and GINO DAGO,<br><br><br><br>          Defendants. | Case No. 4:23-cv-2517<br><br>**JURY DEMAND** |

## NOTICE OF SUBPOENA ON HOUSTON POLICE DEPARTMENT

Pursuant to Federal Rule of Civil Procedure 45, please take notice that attorneys for Plaintiff Albero Ramos intend to serve the attached subpoena for the production of documents, information, or objects upon the Houston Police Department.

Respectfully submitted this 14th day of January, 2026,

/s/ Brittany Francis
Brittany Francis* (Texas Bar No. 24141616; S.D. Tex. Bar No. 3837908)
brittany@peoplescounsel.org
Destiny Planter *(pro hac vice)*
Washington, D.C. Bar No. 1780910
destiny@peoplescounsel.org
1900 W. Gray Street
P.O. Box 130442
Houston, TX 77219
*Attorney-in-Charge

Caitlin Halpern (Texas Bar No. 24116474; S.D. Tex. Bar No. 3454643)*
caitlin.halpern@gmail.com
4416 Bell Street
Houston, TX 77023
Telephone: (571) 215-2002

*Counsel for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

     I certify that on January 14, 2026 a true and correct copy of this document was properly served on counsel of record for all parties via email.

                                              */s/ Brittany N. Francis*
                                              Brittany N. Francis
                                              Counsel for Plaintiff