# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ALBERTO RAMOS,** | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § § | **CIVIL ACTION NO. 4:23-CV-02517** |
| **SCOTT ERWIN,** *et al.*, | | |
| Defendants. | | |

## ORDER FOR EXPEDITED RESPONSE

Defendant has filed a Motion to Quash. ECF No. 76. The Court requires that any opposed party submit an expedited response. All responses shall be filed on or before February 5, 2026. All replies shall be filed on or before February 10, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas on January 29, 2026.

_____
Keith P. Ellison
United States District Judge