| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

### HOUSTON DIVISION

Alberto Ramos
   *Plaintiff(s),*

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 4:23–cv–02517

Scott Erwin, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion to Compel – #67
Motion for Entry of Order – #68
Motion to Quash – #76

DATE:　**2/18/2026**

TIME:　**04:00 PM**

HAS BEEN SET BEFORE

### JUDGE KEITH P. ELLISON

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**　　　　　　　　　　　　　　　　　　　　Date: February 4, 2026

By Deputy Clerk, A. Rivera