United States District Court
Southern District of Texas
**ENTERED**
May 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ALBERTO RAMOS, <br><br> Plaintiff <br><br> v. <br><br> SCOTT IRWIN, JENNIFER GILBREATH, HALLIE SMITH, FREDRICK MORRISON, GINO DAGO, <br><br> Defendants. | Case No. 4:23-cv-2517 <br><br> **JURY DEMAND** |

## ORDER

Upon consideration of Plaintiff's Motion to Stay All Deadlines, the Court finds good cause for granting Plaintiff's Motion.

It is **ORDERED** that Plaintiff's Motion is **GRANTED**; and

It is further **ORDERED** that **ALL DEADLINES ARE STAYED UNTIL THE PENDING DISCOVERY DISPUTES ARE RESOLVED, AT WHICH POINT THE PARTIES WILL CONFER ABOUT NEW DEADLINES WITHIN THREE (3) BUSINESS DAYS.**

**SO ORDERED**.

Dated: 5/5/2026

THE HONORABLE KEITH P. ELLISON

United States District Judge

1/1