**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **ALBERTO RAMOS,**<br>***Plaintiff*** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:23-cv-02517** |
| | § | |
| **SCOTT ERWIN; JENNIFER GILBREATH; HALLIE SMITH; FREDERICK MORRISON; and GINO DAGO,**<br>***Defendants*.** | §<br>§<br>§<br>§ | |

**NOTICE OF INTERLOCUTORY APPEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Scott Erwin, Jennifer Gilbreath, Hallie Smith, Frederick Morrison, and Gino Dago, hereby give notice of their interlocutory appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum & Order entered in this action on June 26, 2026, denying Defendants' Motion to Limit Discovery to Qualified Immunity, for Protective Order Under Federal Rule of Civil Procedure 26(c), and to Quash Plaintiff's Subpoena to Non-Party Houston Police Department/City of Houston (Doc. 107).

This appeal is taken under the collateral order doctrine, 28 U.S.C. § 1291. *See Asante-Chioke v. Dowdle*, 103 F.4th 1126, 1129–31 (5th Cir. 2024).

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**

CHRISTY L. MARTIN
Chief, Torts/Civil Rights

By: * /s/ Alexander Garcia*
Alexander Garcia
Assistant City Attorney
SBN: 24104429
FBN: 3852904
832.393.6293
Alexander.garcia@houstontx.gov
CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002
832.393.6259 Facsimile

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing was filed via CM/ECF and served via electronic filing manager to all counsel of record.

*/s/ Alexander Garcia*
Alexander Garcia